UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU NGOC HA,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | Case No.18-cv-04680-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

Plaintiff filed this this lawsuit seeking judicial review of the final decision by the Commissioner of Social Security denying her disability benefits claim. However, since the filing of this action, the Court has not received any further communications from Plaintiff. Plaintiff has not responded to multiple clerk's notices and failed to file her motion for summary judgment by January 2, 2019, which was the deadline to do so. (Dkt. Nos. 7, 10, 11, 15.) In addition, the last clerk notice was returned as undeliverable and Plaintiff has not provided new contact information as required by Civil Local Rule 3-11. (Dkt. No. 14.)

**Accordingly, Plaintiff is ordered to show cause in writing on or before February 25, 2019, as to why this action should not be dismissed for failure to prosecute.** *See* Fed. R. Civ. Pro. 41(b). If Plaintiff fails to respond to this Order, the Court may prepare a report and recommendation to a district judge recommending that this action be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 4, 2019

                                                                             JACQUELINE SCOTT CORLEY
                                                                             United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHAU NGOC HA,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

Case No. 18-cv-04680-JSC

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on February 4, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chau Ngoc Ha
725 O'Farrell Street
San Francisco, CA 94109

Dated: February 4, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2